ROMERO, DAVIS #231853
4-D-17L / Box #256
C.A.C.F. / GEO
P.O. Box 9600
Florence, AZ. 85132
in 'pro-se'

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Davis Michael Romero,<br>      Plaintiff,<br>v.<br><br>Charles Ryan, et al.,<br>      Defendants. | No. CV-13-00665-PHX-GMS (MEA)<br><br>REQUEST FOR ADMISSIONS FOR<br>DEFENDANT A. GREENE #2955 |

    Pursuant to Rule 36, Fed. R. Civ. P., the plaintiff requests the defendant A. Greene #2955 to make the following admissions within 30 days after the service of this request.

1. On February 22, 2013 an envelope containing twelve pictures of non-nude female model's arrived at A.S.P.C. Eyman Complex via the U.S. postal service for inmate Davis Romero #231853 from Elite Paralegal and Prisoner Services.

2. On February 22, 2013 defendant A. Greene #2955 was working in the Eyman Complex-Rynning West Unit property office.

3. On February 22, 2013 defendant A. Greene #2955 confiscated the envelope containing pictures of non-nude female models addressed to inmate Davis Romero #231853.

1

4. On February 22, 2013 defendant A. Greene #2955 issued an Inmate Property/Contraband/Disposition Traking Form 909-6 stating that the non-nude pictures were confiscated because they were sexually explicit photo's and not authorized to be issued to inmate Davis Romero #231853.

5. Defendant A. Greene #2955 received this envelope containing twelve photographs of non-nude female models addressed to inmate Davis Romero #231853 from the A.S.P.C.-Eyman mailroom seargent Dan McClincy on February 22, 2013.

6. Defendant A. Greene #2955 confiscated these non-nude female photographs addressed to inmate Davis Romero #231853 pursuant to policy 914.07 which defines and describes sexually explicit material.

7. Pursuant to policy 914.07 § 1.3, it states, "Publications that contain nudity, and/or sexual behaviors/acts for artistic, scientific, medical, educational, or anthropological purposes will be sent to the Office of Publication Review and may be approved on an individual basis".

8. Policy 914 defines sexually explicit material as, "Any publications, drawing, photographs, film, negative, motion picture, figure, object, novelty device, recording, transcription, or any book, leaflet, catalog, pamphlet, magazine, booklet or other item, the cover or contents of which pictorially depicts nudity of either gender, or that graphically depicts through text any sexually explicit homosexual, heterosexual, or auto-erotic sex acts including fellatio, cunnilingus, masturbation, sadism, sado-masochism, bondage, bestiality, excretory functions, sexual activity involving children, an unwilling participant, or the participant who is the subject of coercion".

9. Policy 914 had been approved in its entirety by the Director of the Arizona Department of Corrections, Charles L. Ryan.

10. The authority used by the Director, Charles L. Ryan, for the implementation of the Arizona Department of Corrections policy 914 is based upon the Arizona Revised Statutes Criminal Code defining

obscene material (A.R.S. §13-3501) and seizure of obscene things; disposition (A.R.S. §13-3503).

Respectfully Submitted this 27 day of January, 2014.

by: _____

DAVIS ROMERO

The original and one handwritten copy of the foregoing mailed this 27 day of January, 2014, to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003-2118

... a further handwritten copy of the foregoing mailed this same day to:

Michael E. Gottfried
Assistant Attorney General
1275 W. Washington
Phoenix, AZ. 85007

by: _____

DAVIS ROMERO